HONORABLE RONALD B. LEIGHTON

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>BERNARD CURTIS DAVIS,<br><br>             Defendant. | CASE NO. CR10-5219RBL<br><br>ORDER DENYING MOTION FOR<br>RECONSIDERATION |

9

10

11

12

13

14      THIS MATTER is before the Court on Defendant's Motion for Reconsideration [Dkt. #s

15   215 and 216].  Following review of the original Order Denying Motion to Dismiss and/or Vacate

16   [Dkt. #214] and the arguments articulated in the Motion for Reconsideration, the Motion for

17   Reconsideration [Dkt. #s 215 and 216] is **DENIED.**

18      Dated this 13th day of February, 2015.

19

20      _____

21      RONALD B. LEIGHTON
        UNITED STATES DISTRICT JUDGE

22

23

24

ORDER DENYING MOTION FOR
RECONSIDERATION - 1